# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EVELYN PRIMAS,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **DISTRICT OF COLUMBIA and** : <br> **CATHY LANIER,** : <br> : <br> **Defendants.** : <br> _____  : | Case No.: 09-2317 (RJL) |

## NOTICE OF WITHDRAWL OF ARGUMENT WITHOUT PREJUDICE

Defendants District of Columbia and Chief Cathy Lanier, through undersigned counsel, hereby withdraw, without prejudice, their argument that plaintiff's claims are time-barred under the D.C. Human Rights Act.[1]  *See* Motion to Dismiss, at Docket Entry #9, pg. 5.  All other arguments set forth in the motion remain.

Dated: April 14, 2010

                                             Respectfully submitted,

                                             PETER J. NICKLES
                                             Attorney General for the District of Columbia

                                             GEORGE C. VALENTINE
                                             Deputy Attorney General, Civil Litigation Division

                                             */s/ Patricia A. Jones*
                                             PATRICIA A. JONES [428132]
                                             Chief, General Litigation Section IV

---

[1] Contrary to plaintiff's claims, undersigned counsel did not file or otherwise sign the motion at Docket Entry #9.

        */s/ Kerslyn D. Featherstone*
KERSLYN D. FEATHERSTONE [478758]
Assistant Attorney General
441 Fourth Street, N.W.
Suite 600 South
Washington, D.C. 20001
(202) 724-6600 (phone)
(202) 741-8924 (fax)
Email: Kerslyn.Featherstone@dc.gov