UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EVELYN PRIMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 09-2317 (RJL) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER
(June 19, 2010)

Upon consideration of defendants' motion for partial dismissal of the complaint, plaintiff's opposition, and the relevant record, it is hereby

**ORDERED** that defendants' motion for partial dismissal of the complaint is **GRANTED**.

**SO ORDERED.**

_____
RICHARD L. LEON
United States District Judge