**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EVELYN PRIMAS,                    :
                             :
    Plaintiff,   :          Case Number: 2009-CV-2317 (RJL)
                             :
    v.           :
                             :
DISTRICT OF COLUMBIA, *et al.*,  :
                             :          **FILED**
    Defendants.  :
                             :          JUN 2 0 2014
_____  :

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## JURY VERDICT FORM

1.    Did Plaintiff prove by a preponderance of the evidence that Chief Cathy Lanier unlawfully discriminated against Evelyn Primas in violation of the D.C.H.R.A. when she downgraded the Director of Court Liaison position in September 2007?

    Yes _____          No __✓_____

2.    Did Plaintiff prove by a preponderance of the evidence that the District of Columbia unlawfully discriminated against Evelyn Primas in violation of Title VII when Chief Lanier downgraded the Director of Court Liaison position in September 2007?

    Yes _____          No __✓_____

**If the answer to both questions is NO, please stop and have the Foreperson sign, date, and turn in the Verdict Form.**

**If the answer to either question is YES, please proceed to Question 3.**

3.    Did the Defendants prove by a preponderance of the evidence that, notwithstanding any unlawful discrimination that may have occurred, the Defendants would have taken the same action with respect to the Plaintiff's position?

    Yes _____          No _____

**If the answer is YES, please stop and have the Foreperson sign, date, and turn in the Verdict Form.**

**If the answer is NO, please proceed to Question 4.**

4.     What, if any, compensatory damages have Plaintiff proven by a preponderance of the evidence?

     $ _____

_____
Foreperson

June 20, 2014
_____
Date