# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ELEVYN PRIMAS**

Plaintiff(s)

Civil Action No. **09-2317 (RJL)**

v

**DISTRICT OF COLUMBIA and CATHY LANIER**

**FILED**

JUN 2 4 2014

Defendant(s)

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

## JUDGMENT ON THE VERDICT
## FOR DEFENDANT

This cause having been tried by the Court and a Jury, before the Honorable

____Richard J. Leon____, Judge presiding, and the issues having been duly tried

and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s)

**ELEVYN PRIMAS**  take nothing on the complaint against the defendant(s):

**DISTRICT OF COLUMBIA AND CATHY LANIER.**

ANGELA D. CEASAR, Clerk

Date: ____June 20, 2014____     By: _____
                                    Tim Bradley, Deputy Clerk

Approved by: _____
Judge Richard J. Leon